**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251
Email: jcampbell@aegislawfirm.com

Attorneys for Plaintiff Clifford Larsen, individually, and on behalf of all others similarly situated.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD LARSEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COWORX STAFFING SERVICES, LLC; COWORX PERSONNEL, LLC; BULGARI CORPORATION OF AMERICA; CHANEL, INC.; BLOOMINGDALE'S, LLC; BLOOMINGDALES.COM, LLC; BLOOMINGDALE'S THE OUTLET STORE, LLC; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 3:21-cv-01795-BAS-AGS <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)** |

1
PLAINTIFF'S NOTICE OF DISMISSAL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action without prejudice. This dismissal is made pursuant to Federal Rule of Civil Procedure 41, which allows an action to be dismissed "at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. Proc. 41(a)(2). "Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." *Id.*

Plaintiff seeks dismissal because Defendant Coworx Staffing Services LLC produced an arbitration agreement purportedly signed by Plaintiff, and Plaintiff agreed to voluntarily dismiss the class and individual claims. As such, the dismissal should be without prejudice.

Dated: November 2, 2021    AEGIS LAW FIRM, PC

By: _____
     Jessica L. Campbell
Attorneys for Plaintiff Clifford Larsen